AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY ★Amended★

| **United States District Court** | District |
|---|---|
| Name *(under which you were convicted)*:<br>DYWANE TOUSANT | Docket or Case No.:<br>21-CV-1905 W |
| Place of Confinement:<br>USP-LOMPOC (Med Designation) | Prisoner No.:<br>14306-298 |
| UNITED STATES OF AMERICA      V. | Movant *(include name under which convicted)*<br>Dywane Tousant |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court Southern District Of California
   333 West Broadway, Suite 420
   San Diego, CA 92101

   (b) Criminal docket or case number (if you know): 09CR1250-W

   **FILED**
   DEC 28 2021
   CLERK, U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY CXX      DEPUTY

2. (a) Date of the judgment of conviction (if you know): 6/2/2010

   (b) Date of sentencing: 5/26/2010

3. Length of sentence: 10 YEARS (120 Months) with 15 Months concurrent To Case No.: SCS225068

4. Nature of crime (all counts):

   (1) 18 U.S.C. § 2251(a) And (B) SEXUAL EXPLOITATION
   (2) 18 U.S.C. § 1591(a) And (b) SEX TRAFFICKING
   (3) 18 U.S.C. § 1594 - ATTEMPTED SEX TRAFFICKING
   (4) 18 U.S.C. § 2 - AIDING AND ABETTING

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   PLEAD GUILTY To Count (2) Two U.S.C. § 1591 (a) And (b) SEX TRAFFICKING OF CHILDREN
   Count (1) Count (3) Count (4) Were "Dropped" In Exchange For Guilty Plea

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised:

   N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): N/A
      (2) Result: N/A

      (3) Date of result (if you know): N/A
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised:

      N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket of case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☑

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐    No ☑

(2) Second petition:    Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective Assistance of Counsel 6th Amendment - Failure To File Notice Of Appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On The Day I Was Sentenced To 120 Months with 15 Months Concurrent To State Case I Asked Mr. Blake To File A Notice Of Appeal On My Behalf So That I Can Exhaust My Remedies with the Courts. Mr. Blake Failed To Act On My Request. There Is No Notice Of Appeal On the Docket With ReGards To Me.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑    N/A

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:    N/A

Type of motion or petition:

Name and location of the court where the motion or petition was filed:    N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐    N/A

(4) Did you appeal from the denial of your motion, petition, or application? N/A

    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):     N/A

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** Ineffective Assistance of Counsel In Violation of 6th Amendment For failure To Conduct Adequate Mitigation Investigation

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During The Course of These Proceedings From 2009 To 2010 Mr. Blake showed Bias Towards Me Because I was In Fact Guilty on MY State CASE And Mr. Blake Automatically Assumed That I was a CoRE Participant. He DID NOT Look Into Anything I Requested of Him Nor DID the Private Investigator That was Attached To Mr. Blake During This Matter.

    (b) **Direct Appeal of Ground Two:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☐

N/A

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application? N/A

Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐     N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:** Ineffective Assistance Of Counsel In Violation Of 6th Amendment By Mis Representation Of Plea Agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During Plea Negotiations Mr. Blake Did Not Explain to Me the Legal Jargon In Clear Simple language About The TVPA Or VCCLE Act Though I Can Read And Write I'm Not A Lawyer I Have No Formal Training In Law. The Plea Agreement I Signed Had language I Did Not Agree With And Mr. Blake Wrote A Note on It and Had Me Initial It And He Kept Reassuring Me The Court Would Run This Sentence Concurrent with my State Sentence.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☐ N/A

(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☐ N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal? N/A
Yes ☐ No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:** Ineffective Assistance of Counsel In Violation of 6th Amendment By Failure To Give Discovery

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MR. BLAKE NEVER GAVE ME Discovery on this Matter. When I would ASK ABOUT It He would MAKE EXCUSES AS To why I Could NOT HAVE Discovery which I Am Entitled To For the Purpose of Defending Myself.

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?   N/A

Yes ☐      No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:   N/A

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐      N/A

(2)   If you answer to Question (c)(1) is "Yes," state:

N/A

**Ground Five:** Ineffective Assistance of counsel In violation of 6th Amendment For Failure To object.

On December 23, 2008 Congress Amended THE TVPA. In 2010 I was Improperly Sentenced. THE ALLEGED conduct HAPPened on Sept. 9 to Sept. 30 2008. On Sept. 30 2008 I WAS Incarcerated on THIS conduct When THIS CASE WAS A STATE MATTER. THE TVPA allows For conduct that Was committed BeFORE Dec. 23, 2008 To Be CHARGED As SUCH. THE EX Post Facto CLAUSE OF THE U.S. Constitution Applies To this Situation.

In 2011, MY Co-Defendant SUCCESSFULLY ARGUED on APPEAL THAt HE CHARGE FOR violating 18 U.S.C. § 1591 Be Reversed Because THE JUEY was Instructed on the Statutory Requirements As THAT Statute Existed At the Time OF TRIAL, Rather THAN THOSE THAT ExIsted When He Committed HIS OFFENSE. He ASSERted, And THE GOVERNMENT AGREED, THAT THE EX Post Facto clause(3) was violated.

DUE To THE Ineffective Assistance oF Counsel BY MR. Blake I was Never ABLE TO ARGUE THIS MATTER During PreTrial oR on APPEAL MY Conviction Should Also Be Reversed And Remanded For Further Proceedings Because oF PreJudicial "SPILL over". THERE WAS NO MisJoinder To Any of the OFFENSES CHARGED In the Indictment NOR was THERE LESSER Included CHARGES Included In the Indictment SUCH AS 18 U.S.C § 2421 - 2424 "MANN Act" Violations. At THE Time oF the Instant oFFense THE TVPA Allowed For A MAXIMUM OF 20 Years oF Incarceration And NO Mandated Minimum Service oF Sentence. And Under USSG § 2G1.3 THE BASE oFFense Level would Be 28 NOT 30 And IF THE SAME oFFense Characteristics ARE APPlied I would HAVE An oFFense Level oF 29 AFTER ADDITIONS And BASE Deductions.

AT THIS PoInT I could've ARGUED My criminal History Category was A 2 NOT A 3 GIVEN I HAD ALREADY HAD THE STATE MATTER Adjudicated. In THAT MATTER I signed A Stipulated Plea for 10 YEARS NOT 2 plea Agreements On 2 separate Charges Because In THE PSR THEY SAY I GOT 1 extra point or 2 Separate Convictions THAT Is NOT Accurate INFormation. By this NOT HAPPENING oR EVEN BeIng ATTempted I Experienced Ineffective Assistance FROM MR. Blake.

- THERE WERE NO Direct APPeal Proceedings For Ground(s)(Five)
- No Post-Conviction Proceedings. ALL Answers To Questions 1-7 on THE Proper Forms ARE N/A AT THIS Time In Section (c)

**GROUND SIX:** INEFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF THE FOURTEENTH AMENDMENT

ON NOVEMBER 8, 2011 PATRICK JONES FILE IN THE U.S. COURT OF APPEALS IN THE NINTH CIRCUIT SEE 459 FED. APPX. 616; 2011 U.S. APP. LEXIS 23604 NO.10-50430. ON NOVEMBER 23, 2011 IT WAS FILED. THE DISPOSITION OF THAT FILING WAS "AFFIRMED IN PART, REVERSED IN PART, AND REMANDED."

IN THAT FILING JONES ARGUED THAT HIS CONVICTION PURSUANT 18 U.S.C 1591 BE "REVERSED BECAUSE THE JURY WAS INSTRUCTED ON THE STATUTORY REQUIREMENTS AS THAT STATUTE EXISTED AT THE TIME OF TRIAL, RATHER THAN THOSE THAT EXISTED WHEN HE COMMITTED HIS OFFENSE."

HE ASSERTED, AND THE GOVERNMENT AGREED, THAT THE EX POST FACTO CLAUSE 3 WAS VIOLATED. I AM CHARGED AS AN EQUAL PARTICIANT ON THE ENTIRE INDICTMENT. ALTHOUGH, I PLEAD OUT TO THIS VERY CHARGE ON THE INDICTMENT I AM AFFORDED EQUAL PROTECTION UNDER THE FOURTEENTH AMENDMENT. THE AMENDMENT MANDATES THAT "ALL PERSONS SIMILARLY SITUATED SHOULD BE TREATED ALIKE."

WHEN THIS FILING WAS PRONOUCED AND THE CASE WENT FOR FURTHER PROCEEDINGS I SHOULD'VE BENEFITTED FROM THE "SPILLOVER" EFFECT BECAUSE THE FACTUAL BASIS OF THE PLEA AGREEMENT SAYS WE HAD AN EQUAL ROLE IN THE EVENTS OF SEPTEMBER 29-30, 2008.

ON SEPTEMBER 30, 2008 MYSELF, JONES, WILLIS, AND DORROUGH WERE ARRESTED ON THIS MATTER. WE WERE HELD IN SAN DIEGO COUNTY JAIL AWAITING TRIAL ON THIS VERY CONDUCT. THE CASE WAS A HIGH NOTERIETY SITUATION, EVERYTIME WE WENT INTO A COURT ROOM THE MEDIA POUNCED ON THE MATTER.

ON DECEMBER 23, 2008 FEDERAL LAW WAS AMENDED BY CONGRESS FOR CONDUCT COMMITTED AFTER 12/23/2008. ALL OF THOSE THAT WERE ON THE INDICTMENT WERE IN THE CUSTODY OF THE SAN DIEGO COUNTY SHERIFFS.

WHICH MEANS THAT THE STATUTORY NATURE OF THE CONDUCT CHANGED FROM THE TIME OF ARREST TO THE TIME OF INDICTMENT. THE ACT STATES THAT "OFFENSES INVOLVING THE PROMOTION OF PROMOT-ING A COMMERCIAL SEX ACT IF(1) THE HARBORING WAS COMMITTED IN THE FURTHERANCE OF PROSTITUT-ION; AND(2) THE DEFENDANT TO BE SENTENCED IS AN ORGANIZER, LEADER, MANAGER, OR SUPERVISOR OF THE CRIMINAL ACTIVITY.

THE U.S. ATTORNEY ASSERTED THAT WE ALL HAD A HAND IN THE EVENTS EQUALLY. HOWEVER, PRIOR TO 12/23/2008 WHEN THIS CONDUCT TOOK PLACE THE CRIMINAL JUSTICE SYSTEMS RECOGNIZED THAT LOTHARIOS MAY TRAVEL, AND ASSOCIATED WHILE ENGAGED IN SEPARATE CRIMINAL ENTERPRISE. SAID CRIMINAL ENTERPRISE IS HIGH COMPETITIVE, AND UNREGULATED AS FAR AS COMPETITION GOES.

THE COURTS RECOGNIZED THAT DURING COMMERCIAL SEX TRANSACTIONS THAT LOTHARIOS ARE NOT TEAMMATES NOR CONSPIRATORS.

I WAS INVOLVED IN MY OWN CRIMINAL ACTIVITY SEE CASE NO. SCS225068 WHICH INVOLVED DORROUGH WHO IS ON THIS INDICTMENT, AND ANOTHER ADULT FEMALE EDWARDS. IN THAT MATTER THE RECORD REFLECT THAT IN THE OVERT ACTS THAT I SENT EDWARDS ALONG WITH DORROUGH INTO A HIGH PROSTITUTION AREA IN NATIONAL CITY A SUBURB OF SAN DIEGO. IN AND AROUND THE PLAZA BLVD. AND ROSEVELT STREET AREA. IN THAT CASE MULTIPLE WOULD BE CUSTOMERS WERE BEATEN AND ROBBED AFTER BEING ENGAGED IN OR ATTEMPTING TO ENGAGE IN COMMERCIAL SEX ACTIVITY.

DURING THE TIME OF ACTIVITY, I WAS IN A CONSENTING ADULT RELATIONSHIP WITH BOTH WOMEN. I WAS ALSO INVOLVED WITH A FEW OTHER WOMEN WHO WERE ADULTS AND CONSENTING. THIS CONDUCT WAS PRIOR TO 12/23/2008.

THE ACT SUBSTITUTED LANGUAGE, REDESIGNATED SUB SECTIONS, INSERTED NEW SUB SECTIONS, AND INSERTED NEW PARAGRAPHS. WHICH WOULD HAVE DRASTICALLY CHANGED THE OUTCOME OF THE CRIMINAL PROCEEDINGS ENTIRELY. THE BASE OFFENSE LEVEL WOULD BE 24. EVEN WITH THE ENCHANCEMENTS AND THE ACCEPTANCE OF RESPONSIBILITY ALONG WITH THE CURRENT CRIMINAL HISTORY CATEGORY OF 3 I WOULD HAVE RECEIVED A RANGE OF 70-87 MONTHS.

WHEN THE SENTENCE WAS IMPOSED IN LIGHT OF U.S. V BOOKER AND UNDER 3553(a)-(g) THE SENCTEN-CING COURT AND ITS OFFICERS FAILED TO RENDER AN APPORPRIATE SENTENCE ON LY BEHALF. I SEEK RELIEF IN THE INTERESTS OF JUSTICE, FROM THE SENTENCE IMPOSED AND FROM THE COLLATERAL CONS-EQUENCES PLACED UNPON ME AT SENTENCING.

**GROUND SEVEN:** INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILURE TO RAISE OBJECTIONS.

A) ON 12/23/2008 U.S. CONGRESS AMENDED THE TVPA. THE CONDUCT PRESENTED IN THE INDICTMENT OCCURED 9/29-30/2008. THAT IS WELL BEFORE THE AMENDMENT WAS MADE TO THE ACT WHICH WOULD'VE CHANGED THE AVAILABLE CHARGING INSTRUMENTS AVAILABLE AND REQUIRED THE GOVERNMENT TO PROVE WHO DID WHAT, AND IN WHAT CAPACITY THEY ACTED. WHICH WOULD'VE ULTIMATELY BEEN IN MY FAVOR.

MR. BLAKE TOLD ME HE HAD A WORKING RELATIONSHIP WITH THE U.S. ATTORNEY AND THAT FUTURE CASES WOULD BE EFFECTED IF I DIDNT GO ALONG WITH WHAT HE ADVISED. HE FAILED IN HIS CAPACITY AS COUNSEL TO ACT IN MY BEST INTERESTS AND INSTEAD WAS BIASED TOWARDS ME BECAUSE OF MY GUILT IN THE STATE MATTER REFFERED TO IN GROUND SIX.

B) I HAD NO REASONABLE OPPORTUNITY TO OBSERVE S.P. WHICH IS AN ELEMENT OF THE STATUTE. THE ONLY KNOWLEDGE I HAD OF S.P. WAS HER CONDUCT ON AND IN A HIGH PROSTITUION AREA OF SAN DIEGO SPECIFICALLY EL CAJON BLVD. AT NIGHT ALONG WITH A GROUP OF WOMEN OF THE NIGHT.

WHEN JONES CONFIRMED HE KNEW S.P. AFTER THE FACT, WHICH WAS 7 MONTHS PRIOR TO 9/29-30/2008 I HAD NO KNOWLEDGE OF THAT FACT. AND AS A REASONABLE PERSON IN THAT VICE TRADE I MADE AN ASSUMPTION BASED ON THE FACTS AVAILABLE AT THE TIME S.P. WAS UNDER JONES' CARE.

I GAVE MR. BLAKE THE NUANCES OF THE WORLD OF COMMERCIAL SEX WORK. ONE OF THE SPECIFICS WAS WHEN WERE AND HOW LOTHARIOS CAN ENGAGE UNKEPT WOMEN. AND IF ANOTHER CAN ACT OR REACT ON SAID WOMANS BEHALF. OR IN HER DEFENSE. "THE RULES OF THE GAME" IF ONE IS TO BE SHORT. WHEN STATEMENTS MADE BY MY CO-DEFENDANTS WENT UNSCRUTINIZED. AND, MR. BLAKE FAILED TO MITIGATE OR INVESTIGATE ON MY BEHALF HE RENDERED INEFFECTIVE ASSISTANCE.

C) THE TVPA REQUIRES THAT A DEFENDANT PAY THE VICTIM FOR THE FULL AMOUNT OF THE VICTIMS LOSSES. THE STATUTORY LANGUAGE IS CLEAR THAT MANDATORY RESTITUTION INCLUDES NOT ONLY THE VICTIMS ACTUAL LOSSES. BUT ALSO THE DEFENDANTS ILL-GOTTEN GAINS.

I NEVER MADE A DIME FROM S.P. I NEVER REALLY ACKNOWLEDGED S.P. BECAUSE OF THE RULES OF THE GAME. THE 2,160 IN RESTITUTION RESULTED FROM S.P. BEING COERCED INTO MENTAL HEALTH EVALUATIONS AND MEDICATIONS, AFTER THE FACT THIS WAS DONE BY THE SAN DIEGO DISTRICT ATTORNEY. I DID NOT TAKE OR RECEIVE THAT MONEY FROM S.P.

SINCE SEX TRAFFICKING DOES NOT QUALIFY AS A CRIME OF VIOLENCE SUBJECT TO THE STATUTE AND THE GOVERNMENT WAS SEEKING RESTITUTION ON BEHALF OF S.P. THAT WOULD MEAN THAT ILL-GOTTEN GAINS WOULD HAVE BEEN EXCHANGED BETWEEN MYSELF AND S.P. THAT DID NOT HAPPEN. ACCORDING TO THE MVRA I AM A 3RD PARTY IN THE EVENTS AND SHOULD NOT HAVE TO PAY ANY RESTITUTION. MR. BLAKE

NEVER ARGUED THIS ON MY BEHALF.

D) I PERSONALLY DID NO HARM TO S.P. I DID NOT ASSAULT OR BATTER S.P. EVIDENCE SHOWED THAT I WAS NOT THE ONE WHO PHYSICALLY ASSAULTED HER. NEITHER WAS JONES OR DORROUGH. IT WAS IMPLIED THAT MY SIZE AND STATURE WERE FACTORS IN THE EVENTS OF THAT NIGHT. THAT WOULD IMPLY THAT I AM A THREAT BY BEING ALIVE. IN 2008 I WAS 6'3" 287 POUNDS. I WAS A GREY SHIRT SOPHMORE AT SOUTHWESTERN COLLEGE, IN CHULA VISTA. MY NATURAL FOOTBALL POSITION WAS AS AN OFFENSIVE LINEMAN. I'VE BEEN AN OFFENSIVE LINEMAN MY ENTIRE LIFE. SIZE-ISM ISN'T CONSTITUTIONALLY PRO-T ECTED BIAS. BUT, HISTORICALLY THE CASE OF THE LARGE BLACKMAN IN AMERICA IMPLIES AND TRANSLATES INTO VIOLENCE TOWARDS WOMEN. SO WHEN ONE OF MY CO-DEFENDANTS IMPLIED I WAS GOING TO DO SOME-THING TO S.P. MR. BLAKE NEVER LOOKED INTO IT. RENDERING INEFFECTIVE ASSISTANCE.

I WAS OUT ON BAIL ON ANOTHER MATTER THAT LED TO CASE NO. SCS2250068 AT THE TIME OF THE ALLEGED CONDUCT AND AT THE DIRECTION OF THE PUBLIC DEFENDERS OFFICE I EXERCIZED MY MIRANDA RIGHTS. THE ABOVE MENTIONED CASE GENERATED FROM A FIREARMS CASE THAT WAS DISMISSED VIA HARVEY WAVIER AND LEAD TO THE STIPULATED PLEA AGREEMENT I SIGNED PRIOR TO SENTENCING IN FEDERAL COURTS.

E) THE SENTENCING COURT USED MY STIPULATED PLEA AGREEMENT TO ENHANCE MY SENTENCE. THAT WAS BY WAY OF THE PRE-SENTENCE INVESTIGATION. AT THE DIRECTION OF MR. BLAKE I SAID NOTHING TO THE PROBATION OFFICER ABOUT THE STIPULATED PLEA AGREEMENT, OR ABOUT THE STATE COURT ACC-EPTING AS APART OF THE PLEA AGREEMENT TO RUN THE ENTIRE SENTENCE CONCURRENT WITH THIS MATTER. AFTER SENTENCING I REPEATEDLY TRIED TO REACH OUT TO MR.BLAKE FOR HELP. HE DISAPPEARED. MY LAST KNOWN ADDRESS FOR HIM WAS HIS BONITA ADDRESS. IT WASNT UNTIL 2020 THAT BY MEANS OF A CONTRABAND CELL PHONE IN STATE PRISON THAT I WAS ABLE TO GET MR.BLAKES ATTENTION.

HE REPLIED 1 TIME BUT HAD NO RESPONSE FOR THE SPILLOVER EFFECT OF MR. JONES' APPEAL AND HE WOULDN'T BECAUSE HE NEVER FILED THE NOTICE OF APPEAL. AND I AS A LAYMAN AT LAW HAVE NO FORMAL TRAINING IN LEGAL MATTERS. I HAVE NO REASON TO LIE, MY FREEDOM IS AT STAKE AND WITH COVID-19 KILLING MANY AND RAVAGING THE WORLD AT LARGE I HAVE A DUTY TO MY FAMILY TO PURSUE EVERY OPTION TO GAIN FREEDOM.

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal? N/A
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NONE HAVE Been Presented Reason For It: I was In State Custody And I Assumed Counsel was Doing Thes on direct. And My 2241 & 2254 Petitions went unanswered while In State Custody

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the
you are challenging?       Yes ☐       No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At the preliminary hearing: Robert L. James

(b) At the arraignment and plea: Paul W. Blake

(c) At the trial: N/A

(d) At sentencing: Paul W. Blake

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
and at the same time?       Yes ☐       No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?       Yes ☐       No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
sentence to be served in the future?       Yes ☐       No ☒

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THE Statute OF Limitations Contained In 28 U.S.C. § 2255
Does NOT Bar this Motion Because on or About MAY/2010 I was sentenced
By Honorable Judge Thomas J. Whelan In the United States District
Court Southern District of California. At which Time I Explicitly Advised
My Lawyer To File A Notice OF Appeal on the Sentence Imposed By this
court. shortly After Sentencing I was Sent To State prison To Serve
The Sentence Imposed By THAT Court. In WHICH 15 months of that sent-
ence was Ran Concurrent with THIS Sentence. from 6/2010 until 1/2014
I was In State Custody. Also I was In Local Custody on this matter
Since 9/30/2008 The Date OF Arrest For the Instant offense. At that
Time That was A State Matter up until The Bindover Process for
Trial After A Preliminary Hearing.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
    from the latest of –
        (1)  the date on which the judgment of conviction became final;
        (2)  the date on which the impediment to making a motion created by governmental action in violation of
        the Constitution or laws of the United States is removed, if the movant was prevented from making such a
        motion by such governmental action;
        (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has
        been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
        review; or
        (4)  the date on which the facts supporting the claim or claims presented could have been discovered
        through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

I ASK FOR A CORRECTION OF Sentence Or To SeT ASIDe THIS Sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____December 13, 2021_____.

(month, date, year)

Executed (signed) on _____12/13/2021_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN District OF CALIFORNIA | |
|---|---|---|
| Name (under which you were convicted): DYWANE TOUSANT | | Docket or Case No.: 09CR1250-W |
| Place of Confinement: FCI VICTORVILLE #1 | Prisoner No.: 14306-298 | |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. | Dywane Tousant | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
UNITED STATES DISTRICT COURT SOUTHERN District OF CALIFORNIA
333 WEST BroadWay, Suite 420
San Diego, CA 92101

   (b) Criminal docket or case number (if you know): 09CR1250-W

2. (a) Date of the judgment of conviction (if you know): 6/2/2010

   (b) Date of sentencing: 5/26/2010

**FILED**
NOV 04 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY GGV DEPUTY

3. Length of sentence: 10 YEARS (120 MONTHS) WITH 15 MONTHS concurrent To CASE NO: SCS 225066

4. Nature of crime (all counts):
(1) 18 U.S.C §2251(a) and (e) SEXUAL Exploitation of A child
(2) 18 U.S.C §1591 (a) and (b) Sex Trafficking of children
(3) 18 U.S.C. §1594 - ATTEMPTED SEX TRAFFICKING of children
(4) 18 U.SC SECT. 2 - Aiding And Abetting

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
PLED Guilty To count TWO(2) 18 U.S.C. §1591(a) and (b) SEX TRAFFICKing of children
count ONE(1) Count(3) Count(4) WERE "Dropped" In Exchange For Guilty Plea

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _N/A_
   (b) Docket or case number (if you know): _N/A_
   (c) Result: _N/A_
   (d) Date of result (if you know): _N/A_
   (e) Citation to the case (if you know): _N/A_
   (f) Grounds raised:

   N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _N/A_
      (2) Result: _N/A_

      (3) Date of result (if you know): _N/A_
      (4) Citation to the case (if you know): _N/A_
      (5) Grounds raised:

      N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _N/A_
       (2) Docket or case number (if you know): _N/A_
       (3) Date of filing (if you know): _N/A_

O 243 (Rev. 09/17)

(4)  Nature of the proceeding:   N/A

(5)  Grounds raised:

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)  Result:   N/A

(8)  Date of result (if you know):   N/A

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court:   N/A

(2)  Docket of case number (if you know):   N/A

(3)  Date of filing (if you know):   N/A

(4)  Nature of the proceeding:   N/A

(5)  Grounds raised:

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☑

(7)  Result:   N/A

(8)  Date of result (if you know):   N/A

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:        Yes ☐        No ☑

(2)  Second petition:      Yes ☐        No ☑

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: In EFFECTIVE Assistance OF CounSEL
6TH Amendment Failure To File Notice of Appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On THE Day I was Sentenced To 120 Months with 15 months concurrent To State case, I asked Mr. Blake To File A NOTICE OF Appeal on My BeHalf SO THAt I can ExHaust My Remedies with THe Courts. Mr. Blake Failed To Act on My REQUest. THERE Is NO Notice OF Appeal on THE Docket with Regards to Me.

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑        N/A
(2) If you did not raise this issue in your direct appeal, explain why:

_____ N/A

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐        N/A
(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐        N/A

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

*N/A*

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available):

*N/A*

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

*N/A*

**GROUND TWO:** Ineffective Assistance of Counsel In Violation of 6th Amendment For Failure To Conduct Adequate mitigation Investigation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During The course of These Proceedings From 2009 To 2012 Mr Blake Showed Bias Towards Me Because I was In Fact Guilty on My state Case And Mr. Blake Automatically Assumed That I was a core Participant, He DID NOT Look Into Anything I Requested OF Him Nor DID The Private Investigator That was ATTACHed To Mr. Blake During THIS MATTer.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   *N/A*

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:   N/A

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐   N/A

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?   N/A

Yes ☐   No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

AO 243 (Rev. 09/17)

**GROUND THREE:** Ineffective Assistance of Counsel In violation of 6th Amen By Misrepresentation of Plea Agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During Plea Negotiations Mr. Blake DID NOT Explain To Me The Legal Jargon In Clear Simple Language About The TVPA or VCCLE Act though I CAN READ And write IM NOT A Lawyer I HAVE NO Formal Training In Law. The Plea Agreement I signed HAD Language I DID NOT Agree with And Mr Blake wrote A note on it And HAD Me Initial It And He kept Reassuring Me The court would Run this Sentence concurrent with my STATE Sentence.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐   N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   N/A

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** InEffective Assistance of Counsel In Violation of 6th Amendment By Failure To Give Discovery

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr. Blake Never gave Me Discovery On THIS Matter, When I would Ask About It He would MAKE excuses As To Why I could NOT HAVE Discovery Which I Am Entitled To For THE Purpose of Defending My self.

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?   N/A
Yes ☐   No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: N/A

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐     N/A

(2)  If you answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

N/A

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐          N/A

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐          N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐          N/A

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13.   Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

None Have Been Presented. Reason For
It I was In state Custody And I Assumed
Council was Doing This on direct. And
My 2241 & 2254 Petitions Went Unanswered
While In state Custody.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?      Yes ☒      No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Robert L. James

(b) At the arraignment and plea:

Paul W. Blake

(c) At the trial:

N/A

(d) At sentencing:

Paul W. Blake

(e) On appeal:

N/A

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐      No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐      No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed:      N/A

(c) Give the length of the other sentence:      N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐      No ☒

AO 243 (Rev. 09/17)

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THE Statute of Limitations Contained In 28 U.S.C § 2255 Does NOT BAR THIS MOTION Because on or About May/2010 I was Sentenced By Honorable Thomas J. Whelan In The United States District Court Southern District of California. At which Time I Explicitly Advised my Lawyer To File A Notice OF Appeal on The Sentence Imposed By THis Court. Shortly After Sentencing I was Sent To State Prison To Serve THE Sentence Imposed By THAT court. In which 15 Months OF THAT Sentence was Ran Concurrent With THIS Sentence, from 6/2010 until 1/26/2021 I was In State Custody. Also I was In Local Custody on THis MAtter Since 9/30/2008 THE DAte OF Arrest For the Instant Offense. AT THAT Time THAT was A State MAtter up until THE Bind over proCEss For Trial AFter A preliminary Hearing.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

I ASK FOR A Correction OF Sentence or To Set ASIDE This Sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _October 19, 2021_
(month, date, year)

Executed (signed) on ___10/19/2021___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

RECEIVED

NOV 04 2011

United States District Court
Southern District of California
Office of the Clerk

880 Front St. Broadway St.
San Diego CA 92101

EDGAR CORRECTIONAL INSTITUTION
P.O. Box 8705
Delano CA 92301



# Certificate of Service

I, Dwane Tousant hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

United States District Court of
Southern California
Clerk of the court
333 Broadway, Suite 420
San Diego, CA 92101
Amended 2255 Motion

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack** 101 L.Ed.2d 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

_____ day of December 20 2 1

United States Penitentiary
3901 Klein Boulevard.
Lompoc, CA 93436-2706

(Name) Dwane Tousant

# 14306-298
Bureau of Prisons Register
Number



DYWAI
United STATES Penitentiary
3901 Klein BLVD.
Lompoc CA 93436

RECEIVED

DEC 27 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Santa Barbara CA
THU 23 DEC 202

<>14306-298<>
Usdsc District-Court
Clerk OF THE Court
333 Broadway
Suite 420
SAN Diego, CA 92101
United States

7021 2720 0001 6200 9970

CERTIFIED MAIL

7021 2720 0001 6200 9970

